# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**DOCX BILLING SOLUTIONS, LLC,**

    **Plaintiff,**

v.                                      Civil Action No. 3:18cv35

**GENETWORx LLC,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (the "R&R") entered on August 30, 2018. (ECF No. 18.) The time to file objections has expired and no party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)    The R&R, (ECF No. 18), is ADOPTED as the opinion of this Court;

(2)    Plaintiff's Motion to Remand, (ECF No. 8), is GRANTED; and

(3)    This action is REMANDED to the Henrico County Circuit Court.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 9/14/18
Richmond, Virginia